Michael R. Lazerwitz *(Pro Hac Vice)*
Email: *mlazerwitz@cgsh.com*
Jeremy J. Calsyn (State Bar No. 205062)
Email: *jcalsyn@cgsh.com*
Lee F. Berger (State Bar No. 222756)
Email: *lberger@cgsh.com*
CLEARY GOTTLIEB STEEN & HAMILTON
2000 Pennsylvania Avenue NW, Suite 9000
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

Parker C. Folse III *(Pro Hac Vice)*
E-Mail: pfolse@susmangodfrey.com
Brooke A. M. Taylor *(Pro Hac Vice Pending)*
E-Mail: btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883

*Counsel for Plaintiff T-Mobile U.SA., Inc.*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| T-MOBILE U.S.A, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AU OPTRONICS CORPORATION, et al.,<br><br>Defendants. | CASE NO. 11-cv-2591-SI<br>LEAD CASE NO. M:07-cv-1827-SI<br><br>**CORRECTED STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT, WAIVER OF SERVICE, AND [PROPOSED] ORDER**<br><br>Honorable Susan Y. Illston |

WHEREAS the undersigned counsel, on behalf of plaintiff T-Mobile U.S.A., Inc. ("T-Mobile"), filed a complaint in the above-captioned case against AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., ChiMei Innolux Corporation, Nexgen Mediatech, Inc., Nexgen Mediatech, USA, Inc., Tatung Company of America, Inc., Seiko Epson Corporation, Epson Electronics America, Inc., Epson Imaging Devices Corporation, HannStar Display Corporation, Hitachi Electronic Devices (USA), Inc., Hitachi, Ltd., Hitachi Displays, Ltd., LG Display Co., Ltd., LG Display America, Inc., Mitsui & Co. (Taiwan), Ltd., Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Sanyo Consumer Electronics, Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Toshiba Corporation and Toshiba Mobile Display Technology Co., Ltd. (collectively, "Stipulating Defendants"), among other defendants, on April 18, 2011 ("Complaint");

WHEREAS T-Mobile wishes to avoid the burden and expense of serving process on the Stipulating Defendants;

WHEREAS the Stipulating Defendants desire a reasonable amount of time to respond to the Complaint; and

WHEREAS T-Mobile and the Stipulating Defendants believe that proceeding on a unified response date will create efficiency for the Court and the parties by reducing duplicative motion practice;

THEREFORE, T-Mobile and the Stipulating Defendants hereby agree:

1. The Stipulating Defendants waive service of the Complaint under Federal Rule of Civil Procedure 4(d). This stipulation does not constitute a waiver by the Stipulating Defendants of any other substantive or procedural defense, including but not limited to the defense of lack of personal or subject matter jurisdiction and improper venue.

2. The Stipulating Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be 90 days from the execution of this stipulation, subject to Federal Rule of Civil Procedure 6(a)(1).

DATED this 17th date of June, 2011

By: _/s/ Michael R. Lazerwitz (with permission)__
Michael R. Lazerwitz (Pro hac vice)
Jeremy J. Caslyn (State Bar No. 205062)
Lee F. Berger (State Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
*mlazerwitz@cgsh.com*

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

By: _/s/ Christopher A. Nedeau (with permission)_
Christopher A. Nedeau (State Bar No. 81297)
Carl L. Blumenstein (State Bar No. 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111-4799
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
*cnedeau@nossaman.com*
*cblumenstein@nossaman.com*

*Counsel for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: _/s/ Michael R. Scott (with permission) __
Michael R. Scott (WSBA #12822)
Michael J. Ewart (WSBA #38655)
HILLIS CLARK MARTIN & PETERSON P.S.

1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
Telephone: (206) 623-1745
Facsimile: (206) 623-7789
Email: mrs@hcmp.com, mje@hcmp.com

*Counsel for Defendants Chi Mei Optoelectronics Corporation, Chi Mei Optoelectronics USA, Inc., Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., ChiMei Innolux Corporation, Nexgen Mediatech, Inc., Nexgen Mediatech, USA, Inc.*

By: _/s/ Stephen P. Freccero (with permission) ______

Stephen P. Freccero (State Bar No. 131093)
Melvin R. Goldman (State Bar No. 34097)
Derek F. Foran (State Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
*MGoldman@mofo.com*
*SFreccero@mofo.com*
*DForan@mofo.com*

*Counsel for Defendants Seiko Epson Corporation, Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: _/s/ Hugh F. Bangasser (with permission)____

Hugh F. Bangasser (Pro hac vice)
Ramona M. Emerson (Pro hac vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
*Ramona.Emerson@klgates.com*
*Hugh.Bangasser@klgates.com*

Jeffrey L. Bornstein (State Bar No. 99358)
K&L GATES LLP
4 Embarcadero Center, Suite 1200

San Francisco, CA 94111-5994
(415) 882-8200 (Phone)
(415) 882-8220 (Facsimile)
*Jeff.Bornstein@klgates.com*

*Counsel for Defendant HannStar Display Corporation*

By: _/s/ Kent M. Roger (with permission)________

Kent M. Roger (State Bar No. 95987)
Michelle Kim-Szrom (State Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
*kroger@morganlewis.com*
*mkim-szrom@morganlewis.com*

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

By: _/s/ Robert D. Wick (with permission)____

Robert D. Wick (Pro hac vice)
Derek Ludwin (Pro hac vice)
Neil K. Roman (Pro hac vice)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 662-6000 (Phone)
(202) 662-6291 (Facsimile)
*rwick@cov.com*
*dludwin@cov.com*
*nroman@cov.com*

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*

CORRECTED STIPULATION OF EXTENSION OF TIME
TO RESPOND TO COMPLAINT, WAIVER OF SERVICE - 5
Case No. 11-cv-2591-SI
1592954v1/011730

By: _/s/ Gary L. Halling (with permission)_______
Gary L. Halling (State Bar No. 66087)
James L. McGinnis (State Bar No. 95788)
Michael W. Scarborough (State Bar No. 203524)
SHEPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
(415) 434 9100 (Phone)
(415) 424 3947 (Facsimile)
*mscarborough@sheppardmullin.com*

*Counsel for Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

By: _/s/ Allison Ann Davis (with permission)____
Allison Ann Davis
Sam N. Dawood
Davis Wright Tremaine LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415) 276-6500 (Phone)
(415) 276-4880 (Facsimile)
*allisondavis@dwt.com*
*samdawood@dwt.com*

Nick Steven Verwolf
Davis Wright Tremaine LLP
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004
(425) 646-6125 (Phone)
(425) 646-6199 (Facsimile)
*nickverwolf@dwt.com*

*Counsel for Defendant Sanyo Consumer Electronics, Ltd.*

By: _/s/ John M. Grenfell (with permission)___
John M. Grenfell (State Bar No. 88500)
Jacob R. Sorensen (State Bar No. 209134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)

(415) 983-1200 (Facsimile)
*john.grenfell@pillsburylaw.com*

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

By: _/s/ Patrick J. Ahern (with permission)_____

Patrick J. Ahern (Pro hac vice)
BAKER & MCKENZIE LLP
130 East Randolph Drive
Chicago, IL 60601
(312) 861-3735 (Phone)
(312) 698-2034 (Facsimile)
*patrick.ahern@bakermckenzie.com*

*Counsel for Defendant Tatung Co. of America, Inc.*

By: _/s/ John H. Chung (with permission)______

John H. Chung (Pro hac vice)
Christopher M. Curran (Pro hac vice)
Kristen J. McAhren (Pro hac vice)
WHITE & CASE LLP
1155 Avenue of the Americas
New York, NY 10036
(212) 819-8200 (Phone)
(212) 354-8113 (Facsimile)
*jchung@whitecase.com*

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Technology Co., Ltd., and Toshiba America Information Systems, Inc.*

By: _*Parker C. Folse, III*_____________________

Parker C. Folse III *(Pro Hac Vice)*
E-Mail: pfolse@susmangodfrey.com
Brooke A. M. Taylor *(Pro Hac Vice Pending)*
E-Mail: btaylor@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
(206) 516-3880 (Phone)

(206) 516-3883 (Facsimile)

David Orozco, CA Bar No. 220732
E-Mail: dorozco@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
(310) 310-3100 (Phone)
(310) 789-3150 (Facsimile)

Edward A. Friedman *(Pro Hac Vice Pending)*
E-Mail: efriedman@fklaw.com
Daniel B. Rapport *(Pro Hac Vice Pending)*
E-Mail: drapport@fklaw.com
Hallie B. Levin *(Pro Hac Vice Pending)*
E-Mail: hlevin@fklaw.com
Jason C. Rubinstein
E-Mail: jrubinstein@fklaw.com
FRIEDMAN KAPLAN SEILER & ADELMAN
7 Times Square
New York, NY 10036-6516
(212) 833-1100 (Phone)
(212) 833-1250 (Facsimile)

*Counsel for Plaintiff T-Mobile U.S.A., Inc.*

Attestation: The filer of this document attests that the concurrence of the other signatories thereto has been obtained.

SO ORDERED this 27th day of June, 2011.

By: [signature]
Honorable Susan Y. Illston

CORRECTED STIPULATION OF EXTENSION OF TIME
TO RESPOND TO COMPLAINT, WAIVER OF SERVICE - 8
Case No. 11-cv-2591-SI
1592954v1/011730