| | |
|---|---|
| 1 | CHRISTOPHER A. NEDEAU (CA SBN 81297) |
|   | CARL L. BLUMENSTEIN (CA SBN 124158) |
| 2 | PATRICK J. RICHARD (CA SBN 131046) |
|   | SALEZKA L. AGUIRRE (CA SBN 260956) |
| 3 | NOSSAMAN LLP |
|   | 50 California Street, 34th Floor |
| 4 | San Francisco, CA 94111 |
|   | Tel:    (415) 398-3600 |
| 5 | Fax:   (415) 398-2438 |
|   | cnedeau@nossaman.com |
| 6 | cblumenstein@nossaman.com |
|   | prichard@nossaman.com |
| 7 | saguirre@nossaman.com |

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA, INC.

[additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. C M:07-01827 SI |
| | Individual Case No. C 3:11-02591 SI |
| This Document Relates to: Case C 3:11-02591 SI | MDL NO. 1827 |
| T-MOBILE U.S.A., INC., | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| Plaintiff, | |
| v. | |
| AU OPTRONICS CORPORATION; AU OPTRONICS CORPORATION AMERICA, INC.; CHI MEI CORPORATION; CHIMEI INNOLUX CORPORATION; CHI MEI OPTOELECTRONICS USA, INC.; CMO JAPAN CO. LTD.; NEXGEN MEDIATECH, INC.; NEXGEN MEDIATECH USA, INC.; CHUNGHWA PICTURE TUBES LTD.; TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; SEIKO EPSON CORPORATION; EPSON IMAGING DEVICES CORPORATION; EPSON ELECTRONICS AMERICA, INC.; HANNSTAR DISPLAY CORPORATION; HITACHI, LTD.; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DISPLAYS (USA), INC.; LG DISPLAY CO. LTD.; LG DISPLAY AMERICA, INC.; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; SAMSUNG ELECTRONICS | |

| | |
|---|---|
| 1 | CO., LTD.; SAMSUNG SEMICONDUCTOR, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG SDI CO., LTD.; SAMSUNG SDI AMERICA, INC.; SANYO CONSUMER ELECTRONICS, LTD.; SHARP CORPORATION; SHARP ELECTRONICS CORPORATION; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONICS COMPONENTS, INC.; TOSHIBA MOBILE DISPLAY TECHNOLOGY CO., LTD.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC., |
| | Defendants. |

WHEREAS, plaintiff T-Mobile U.S.A., Inc. ("T-Mobile"), filed a complaint in the above-captioned case against defendants AU Optronics Corporation, AU Optronics Corporation America, Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech, USA, Inc., Chunghwa Picture Tubes Ltd., Tatung Company, Tatung Company of America, Inc., Seiko Epson Corporation, Epson Imaging Devices Corporation, Epson Electronics America, Inc., HannStar Display Corporation, Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi Electronic Devices (USA), Inc., LG Display Co., Ltd., LG Display America, Inc., Philips Electronics North America Corporation, Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Samsung Electronics America, Inc., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Sanyo Consumer Electronics, Ltd., Sharp Corporation, Sharp Electronics Corporation, Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Technology Co., Ltd., and Toshiba America Information Systems, Inc. (collectively, the "Stipulating Defendants") on April 18, 2011;

WHEREAS, T-Mobile and all Stipulating Defendants except Chunghwa Picture Tubes, Ltd., Tatung Company of America, and Philips Electronics North America Corporation ("PENAC") entered into a Stipulation of Extension of Time to Respond to Complaint and Waiver of Service, dated June 17, 2011 and so-ordered by the Court on June 27, 2011 (Document 26 in 11-cv-02591-SI), which provided that those defendants thereto would accept service of the Complaint filed by T-Mobile and would have ninety (90) days in which to respond to the Complaint (the "Initial Stipulation");

WHEREAS, on July 12, 2011, the Court entered an Order Granting Plaintiff's Motion for Order

1 | to Serve Defendants Chunghwa Pictures Tubes, Ltd. and Tatung Co. Through Their U.S. Counsel
2 | (Document 3079 in 3:07-md-01827-SI);
3 |     WHEREAS, T-Mobile and PENAC entered into a Stipulation of Extension of Time to Respond
4 | to Complaint and Waiver of Service, dated August 4, 2011 and so-ordered by the Court on August 5,
5 | 2011 (Document 32 in 11-cv-02591-SI Document 32), which provided that PENAC would accept
6 | service of the Complaint filed by T-Mobile and would have ninety (90) days from the execution of the
7 | Initial Stipulation in which to respond to the Complaint;
8 |     WHEREAS, defendants filed Motions to Dismiss T-Mobile's Complaint on September 15, 2011;
9 |     WHEREAS, T-Mobile desires to file a First Amended Complaint; and
10 |     WHEREAS, to avoid potentially redundant motion practice, briefing and/or responsive
11 | pleadings, T-Mobile desires a thirty day extension to file its First Amended Complaint, and the
12 | Stipulating Defendants agreed and so stipulated;
13 |     THEREFORE, T-Mobile and the Stipulating Defendants hereby agree:
14 |     1.    T-Mobile may file a First Amended Complaint on or before November 7, 2011;
15 |     2.    The Stipulating Defendants will have thirty-five (35) days from the date on which the
16 | First Amended Complaint is filed and accepted for filing by the Court in which to move to dismiss,
17 | answer or otherwise respond to the First Amended Complaint, with an Opposition to be filed thirty-five
18 | (35) days after the filing and service of the Motion, and a Reply to be filed fourteen (14) days after the
19 | filing and service of the Opposition.
20 | \\\
21 | \\\
22 | \\\
23 | \\\
24 | \\\
25 | \\\
26 | \\\
27 | \\\
28 | \\\

Plaintiff and the Stipulating Defendants further and jointly respectfully request that the Court enter this stipulation as an order.

**SO STIPULATED:**

Dated: September 29, 2011                    Respectfully submitted,

By: /s/ Christopher A. Nedeau
Christopher A. Nedeau (Bar No. 81297)
Carl L. Blumenstein (Bar No. 124158)
Patrick J. Richard (Bar No. 131046)
Salezka L. Aguirre (Bar No. 260956)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
(415) 398-3600 (Phone)
(415) 398-2438 (Facsimile)
cnedeau@nossaman.com
cblumenstein@nossaman.com
prichard@nossaman.com
saguirre@nossaman.com

*Attorneys for Defendants AU Optronics Corporation and AU Optronics Corporation America*

By: /s/ Parker C. Folse III
Parker C. Folse III (Pro Hac Vice)
Brooke A. M. Taylor (Pro Hac Vice)
SUSMAN GODFREY L.L.P.
1201 Third Ave, Suite 3800
Seattle, WA 98101
(206) 516-3880 (Phone)
(206) 516-3883 (Facsimile)
pfolse@susmangodfrey.com
btaylor@susmangodfrey.com

David Orozco (Bar No. 220732)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Ste. 950
Los Angeles, CA 90067-6029
(310) 310-3100 (Phone)
(310) 789-3150 (Facsimile)
dorozco@susmangodfrey.com

Edward A. Friedman (Pro Hac Vice)
Daniel B. Rapport (Pro Hac Vice)
Hallie B. Levin (Pro Hac Vice)
Jason C. Rubinstein (Pro Hac Vice)
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
(212) 833-1100 (Phone)
(212) 833-1250 (Facsimile)
efriedman@fklaw.com
drapport@fklaw.com
hlevin@fklaw.com
jrubinstein@fklaw.com

*Counsel for Plaintiff T-Mobile USA, Inc.*


By: /s/ Rachel S. Brass
Rachel S. Brass (Bar No. 219301)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-2933
(415) 393-8200 (Phone)
(415) 393-8306 (Facsimile)

*Attorneys for Defendants Chunghwa Picture Tubes, Ltd. and Tatung Company*


By: /s/ Michael R. Scott
Michael R. Scott (Pro Hac Vice)
Michael J. Ewart (Pro Hac Vice)
HILLIS CLARK MARTIN & PETERSON P.S.
1221 Second Avenue, Suite 500
Seattle, WA 98101-2925
(206) 623-1745 (Phone)
(206) 623-7789 (Facsimile)
mrs@hcmp.com
mje@hcmp.com

*Chi Mei Corporation, Chimei Innolux Corporation, Chi Mei Optoelectronics USA, Inc., CMO Japan Co., Ltd., Nexgen Mediatech, Inc., Nexgen Mediatech, USA, Inc.*

By: /s/ Stephen P. Freccero
Stephen P. Freccero (Bar No. 131093)
Melvin R. Goldman (Bar No. 34097)
Derek F. Foran (Bar No. 224569)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 (Phone)
(415) 268-7522 (Facsimile)
MGoldman@mofo.com
SFreccero@mofo.com
DForan@mofo.com

*Counsel for Defendants Seiko Epson Corporation, Epson Imaging Devices Corporation and Epson Electronics America, Inc.*

By: /s/ Hugh F. Bangasser
Hugh F. Bangasser (Pro Hac Vice)
Ramona M. Emerson (Pro Hac Vice)
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98004-1158
(206) 623-7580 (Phone)
(206) 623-7022 (Facsimile)
Ramona.Emerson@klgates.com
Hugh.Bangasser@klgates.com

Jeffrey L. Bornstein (Bar No. 99358)
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA 94111-5994
(415) 882-8200 (Phone)
(415) 882-8220 (Facsimile)
Jeff.Bornstein@klgates.com

*Counsel for Defendant HannStar Display Corporation*

262771_2.DOC                                                             6

Case No. 3:11-cv-02591-SI
Master File No. 3:07-md-1827-SI
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT

1
2
3
4
5
6

By: /s/ Kent M. Roger
Kent M. Roger (Bar No. 95987)
Michelle Kim-Szrom (Bar No. 252901)
MORGAN LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
(415) 442-1000 (Phone)
(415) 442-1001 (Facsimile)
kroger@morganlewis.com
mkim-szrom@morganlewis.com

7
8

*Counsel for Defendants Hitachi, Ltd., Hitachi Displays, Ltd. and Hitachi Electronic Devices (USA), Inc.*

9
10
11
12
13
14

By: /s/ Michael R. Lazerwitz
Michael R. Lazerwitz (Pro Hac Vice)
Jeremy J. Caslyn (Bar No. 205062)
Lee F. Berger (Bar No. 222756)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1500 (Phone)
(202) 974-1999 (Facsimile)
mlazerwitz@cgsh.com

15
16

*Counsel for Defendants LG Display Co., Ltd. and LG Display America, Inc.*

17
18
19
20
21

By: /s/ Brendan P. Cullen
Brendan P. Cullen (Bar No. 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, California 94303
(650) 461-5600 (Phone)
(650) 461-5700 (Facsimile)
cullenb@sullcrom.com

22
23

*Counsel for Defendant Philips Electronics North America Corporation*

24
25
26
27
28

By: /s/ Robert D. Wick
Robert D. Wick (Pro Hac Vice)
Derek Ludwin (Pro Hac Vice)
Neil K. Roman (Pro Hac Vice)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 662-6000 (Phone)
(202) 662-6291 (Facsimile)
rwick@cov.com
dludwin@cov.com
nroman@cov.com

*Counsel for Defendants Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., and Samsung Electronics America, Inc.*

By: /s/ Gary L. Halling
Gary L. Halling (Bar No. 66087)
James L. McGinnis (Bar No. 95788)
Michael W. Scarborough (Bar No. 203524)
SHEPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
(415) 434 9100 (Phone)
(415) 424 3947 (Facsimile)
mscarborough@sheppardmullin.com

*Counsel for Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

By: /s/ Allison Ann Davis
Allison Ann Davis (Bar No. 139203)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, CA 94111
(415) 276-6500 (Phone)
(415) 276-4880 (Facsimile)
allisondavis@dwt.com
samdawood@dwt.com

Nick Steven Verwolf (Pro Hac Vice)
Davis Wright Tremaine LLP
777 108th Avenue NE, Suite 2300
Bellevue, WA 98004
(425) 646-6125 (Phone)
(425) 646-6199 (Facsimile)
nickverwolf@dwt.com

*Counsel for Defendant Sanyo Consumer Electronics, Ltd.*

By: /s/ John M. Grenfell
John M. Grenfell (Bar No. 88500)
Jacob R. Sorensen (Bar No. 209134)
PILLSBURY WINTHROP SHAW PITTMAN LLP
50 Fremont Street
San Francisco, CA 94105
(415) 983-1000 (Phone)
(415) 983-1200 (Facsimile)
john.grenfell@pillsburylaw.com

*Counsel for Defendants Sharp Corporation and Sharp Electronics Corporation*

By: /s/ Patrick J. Ahern
Patrick J. Ahern (Pro Hac Vice)
BAKER & MCKENZIE LLP
130 East Randolph Drive
Chicago, IL 60601
(312) 861-3735 (Phone)
(312) 698-2034 (Facsimile)
patrick.ahern@bakermckenzie.com

*Counsel for Defendant Tatung Co. of America, Inc.*

|   |   |
|---|---|
| 1 |   |
| 2 | By: _/s/ John H. Chung_ |
|   | John H. Chung (Pro Hac Vice) |
| 3 | Christopher M. Curran (Pro Hac Vice) |
|   | Kristen J. McAhren (Pro Hac Vice) |
| 4 | WHITE & CASE LLP |
|   | 1155 Avenue of the Americas |
| 5 | New York, NY 10036 |
|   | (212) 819-8200 (Phone) |
| 6 | (212) 354-8113 (Facsimile) |
|   | jchung@whitecase.com |
| 7 |   |

*Counsel for Defendants Toshiba Corporation, Toshiba America Electronic Components, Inc., Toshiba Mobile Display Technology Co., Ltd., and Toshiba America Information Systems, Inc.*

**IT IS SO ORDERED.**

9/30/11

[signature: Susan Illston]

The Honorable Susan Illston
United States District Court Judge
Northern District of California